**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ELAINE WARREN,

Petitioner,

v.

L. MOLIS,

Respondent.

Case No. 25-CV-2995 (NEB/EMB)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

---

The Court has received the July 23, 2026 Report and Recommendation of United States Magistrate Judge Elsa M. Bullard. (ECF No. 8.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 8) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is DENIED;

3. The action is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 14, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge